IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAYNA MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:   2018 –CV-5146 |
| | ) | |
| JESS PLUNKETT and | ) | |
| LTI TRUCKING SERVICES, INC., | ) | |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendant, LTI TRUCKING SERVICES, INC., by and through its attorneys, Matthew S. Hefflefinger and Tyler J. Pratt of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Notice of Removal of the cause of action styled, *Rayna Murphy v. Jess Plunkett and LTI Trucking Services, Inc., a corporation*, Case No. 2018–L–5783, originally filed and now pending in the Circuit Court of Cook County, Illinois, County Department, Law Division, from said Circuit Court to the United States District Court for the Northern District of Illinois, Eastern Division. In support of its Notice of Removal, Defendant states as follows:

1.     Plaintiff, Rayna Murphy, filed a Complaint against Defendants, Jess Plunkett ("Plunkett") and LTI Trucking Services, Inc. ("LTI"), on June 4, 2018. A true and accurate copy of the Complaint is attached hereto as Exhibit A.

2.     Service of summons was completed upon Plunkett on June 5, 2018. A copy of the Return is attached hereto as Exhibit B.

3. LTI waived service of summons on July 27, 2018.

4. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as LTI is filing it within 30 days of receipt of the Complaint in this matter.

5. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants have joined and consented in the removal of this action. Attached hereto as Exhibits C and D are signed consents by LTI and Plunkett, respectively, joining and consenting to the removal of this action.

6. At the time the action was commenced and since then, Plaintiff Rayna Murphy was and is a natural person and a citizen of the State of Illinois.

7. Defendant Plunkett was and is a natural person and a citizen of the State of Arkansas. See Exhibit A. Also attached as Exhibit E is a copy of Jess Plunkett's redacted commercial driver's license and Medical Examiner's card in effect at the time the action was commenced.

8. Defendant LTI is a corporation organized under the laws of the State of Missouri with its principal place of business in Missouri, thereby making it a citizen of Missouri pursuant to 28 U.S.C. § 1332. See Exhibit A. Also attached hereto and marked as Exhibit F is LTI's 2017-2018 Biennial Registration Report.

9. Plaintiffs' four-count Complaint prays that the Court enter a judgment on Plaintiff's behalf and against each Defendant, "in an amount in excess of Fifty Thousand

Dollars ($50,000.00), plus [their] costs of suit and any other relief that the Court deems equitable and just." Exhibit A.

10. Notwithstanding this prayer, this Court may consider all facts relevant to the amount in controversy in this case at the time of this Notice of Removal. *See Meridian Sec. Ins. Co. v. Sadowski*, 441 F.3d 536, 541 (7th Cir. 2006). If the plaintiff, "the master of the complaint," provides little information about the value of the claims alleged, a good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence. *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006).

11. This is a personal injury action in which Plaintiff's alleged injuries arise out of a vehicle collision with a tractor trailer on Interstate 57 in Champaign County, Illinois, which occurred "with such great force as to cause Plaintiff's vehicle and vehicles positioned ahead of Plaintiff to move off the road." Exhibit A, Count I at ¶6, Count II at ¶6, Count III at ¶8, Count IV at ¶7. As a result, Plaintiff alleges that she "sustained injuries of a permanent, personal, and non-pecuniary nature." Exhibit A, Count I at ¶9, Count II at ¶9, Count III at ¶11, and Count IV at ¶10.

12. Further, the narrative in the redacted Illinois Traffic Crash Report, No: 10-18-00475, provided to counsel via FOIA request, provides:

> Unit 2: Unit 2 driver had complaint of injury and was transported to Carle for back pain and neck pain.

Attached hereto as Exhibit G is a copy of the redacted Illinois Traffic Crash Report No. 10-18-00475.

13.     Finally, on July 18, 2018, Plaintiff's counsel, Jack Casciato, submitted correspondence advising that "Ms. Murphy sustained serious injuries in this matter and is seeking in excess of $75,000.00 exclusive of interests and costs." Attached hereto as Exhibit H, p. 12, ¶ 64 is a copy of Attorney Casciato's July 18, 2018 letter.

14.     Viewing the Traffic Crash Report, the facts and claims alleged in Plaintiff's Complaint, and Attorney Casciato's July 18th letter, Defendant LTI holds a good-faith belief that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and that its belief is plausible and supported by a preponderance of the evidence. *See Kancewick v. Howard,* No. 08 C 229, 2008 U.S Dist. Lexis 27487, at *8 (N.D. Ill. Apr 3, 2008) (concluding that removal was proper after considering an affidavit from plaintiff's counsel indicating that the damages sought exceeded $50,000.00; a police report stated that defendant's semi-trailer truck "sideswiped" plaintiff's car and that due to the impact, plaintiff "lost control and entered the grassy median," and the complaint claimed Plaintiff "suffered severe and permanent injuries of a personal and pecuniary nature"); *see also Rising v. Moore-Red Roof Inns, Inc.,* 435 F.3d 813, 816 (7th Cir. 2006) (holding that a removing defendant can rely upon a plaintiff's initial settlement demand to establish diversity jurisdiction and explaining that a pre-discovery estimate of a case's work "is close in spirit to the *ad damnum* in a complaint").

15.     Pursuant to 28 U.S.C. § 1332, there is complete diversity of the parties and the amount in controversy exceeds $75,000.00. Accordingly, this Court has original

jurisdiction over this matter. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

16. This action is currently pending in the Circuit Court of Cook County, Illinois, County Department, Law Division. Pursuant to 28 U.S.C. 1441(a), removal to the United States District Court for the Northern District of Illinois, Eastern Division, is proper.

17. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders that have been served upon Defendant LTI in the removed case are attached to this Notice of Removal. As stated above, a copy of the Complaint is attached hereto as Exhibit A.

18. Defendant LTI will provide written notice hereof to all adverse parties and file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division, as required under 28 U.S.C. § 1446(d).

**DEFENDANT DEMANDS TRIAL BY JURY.**

                    LTI TRUCKING SERVICE, INC., Defendant

                    BY: /s/         Tyler J. Pratt_____
                    Matthew S. Hefflefinger, ARDC # 6201281
                    Tyler J. Pratt, ARDC # 6302780
                    HEYL, ROYSTER, VOELKER & ALLEN

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Boulevard
P.O. Box 6199
Peoria, IL 61601-6199
Telephone: 309.676.0400
Facsimile: 309.676.3374
Primary E-mail: peoecf@heylroyster.com
Secondary E-mail # 1: mhefflefinger@heylroyster.com
Secondary E-mail # 2: clsmith@heylroyster.com

*and*

HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil Street, Suite 505
P.O. Box 1190
Champaign, IL 60602
Telephone: 217.344.0600
Facsimile: 217.344.9295
Primary E-mail: tpratt@heylroyster.com
Secondary E-mail # 1: urbecf@heylroyster.com
Secondary E-mail # 2: asnyder@heylroyster.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system and have sent notification of such filing to the following attorneys for Plaintiff via email:

Jack Casciato
Clifford Law Offices, PC
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
jjc@cliffordlaw.com

/s/ _____Tyler J. Pratt_____

TJP/MS
6324-154 / 34918612_1