IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RAYNA MURPHY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JESS PLUNKETT and )<br>LTI TRUCKING SERVICES, INC., )<br>a corporation, )<br>)<br>Defendants. ) | Case No.:  18–cv–2261 |

## MOTION FOR ENTRY OF DISMISSAL ORDER

NOW COMES the Defendant, LTI TRUCKING SERVICES, INC. , by and through its attorneys, Matthew S. Hefflefinger and Tyler J. Pratt of HEYL, ROYSTER, VOELKER & ALLEN, Defendant, JESS PLUNKETT, by MICHAEL A. POWELL of BARTELL POWELL, LLP, and Plaintiff, RAYNA MURPHY, by JACK CASCIATO of CLIFFORD LAW OFFICES, and for their Motion for Entry of Dismissal Order, state as follows:

1. This matter was settled on or about August 24, 2020.

2. A Release has been executed and settlement money has been disbursed. Attached is a Stipulation for Dismissal (Exhibit A) executed by counsel for the respective parties.

3. Accordingly, it is hereby requested that an Order of Dismissal be entered in this matter.

WHEREFORE, Defendant, LTI TRUCKING SERVICES, INC., and prays that the court enter the Stipulation for Dismissal and Order for Dismissal in this matter.

                                                  LTI TRUCKING SERVICES, INC.

                                      BY: /s/      Matthew S. Hefflefinger
                                        Matthew S. Hefflefinger, ARDC # 6201281
                                            Tyler J. Pratt, ARDC # 6302780
                                          HEYL, ROYSTER, VOELKER & ALLEN

HEYL, ROYSTER, VOELKER & ALLEN
300 Hamilton Boulevard
P.O. Box 6199
Peoria, IL 61601-6199
Telephone: 309.676.0400
Facsimile: 309.676.3374
Primary E-mail: peoecf@heylroyster.com
Secondary E-mail # 1: mhefflefinger@heylroyster.com
Secondary E-mail # 2: clsmith@heylroyster.com

*and*

HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil Street, Suite 505
P.O. Box 1190
Champaign, IL 60602
Telephone: 217.344.0600
Facsimile: 217.344.9295
Primary E-mail: tpratt@heylroyster.com
Secondary E-mail # 1: urbecf@heylroyster.com
Secondary E-mail # 2: lberry@heylroyster.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2020, I electronically filed the foregoing Motion for Entry of Dismissal Order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys:

| | |
|---|---|
| Jack Casciato, Esq.<br>Clifford Law Offices, PC<br>120 North LaSalle Street, Suite 3100<br>Chicago, IL 60602<br>jjc@cliffordlaw.com<br>nbarrios@cliffordlaw.com<br>jmg@cliffordlaw.com<br>***Counsel for Rayna Murphy*** | Ms. Jill R. Rembusch<br>Hein Schneider & Bond PC<br>2244 S. Brentwood Blvd.<br>St. Louis, Missouri 63144<br>jrr@hsbattorneys.com<br>jill.rembusch@rembusch.law<br>***Attorneys for LTI Trucking Services, Inc.*** |
| Mr. Michael A. Powell<br>Mr. Frank A. Janello<br>Bartell Powell LLP<br>207 W. Jefferson St., Suite 602<br>Bloomington, IL 61701<br>mpowell@bartellpowell.com<br>fjanello@bartellpowell.com<br>kwoolridge@bartellpowell.com<br>***Counsel for Jess Plunkett*** | |

                                                  BY:  Corina L. Smith_____
                                                  Assistant to Matthew S. Hefflefinger

MSH/cls
38426472\_1